JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DARYL DWIGHT GRAY,                )    CASE NO. CV 07-02927 JVS (SS)
                                  )
                Petitioner,       )    **JUDGMENT**
                                  )
        v.                        )
                                  )
SUZAN HUBBARD, Warden,            )
                                  )
                Respondent.       )
                                  )
_____)

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   7.9.08


_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE